United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KELLY DOYLE, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-00057 |
| § | |
| NATIONSTAR MORTGAGE LLC, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In an Order issued simultaneously with this Final Judgment, the Court granted Defendant Nationstar Mortgage LLC's Motion for Summary Judgment (Doc. #13). Accordingly, the Court determines that Final Judgment should be entered in this matter and renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiffs' claims are DISMISSED WITH PREJUDICE.

This is a Final Judgment disposing of all claims of all parties.

SEP 1 0 2025
Date

The Honorable Alfred H. Bennett
United States District Judge